IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a § <br> BRAZOS LICENSING AND § <br> DEVELOPMENT § <br> § <br> v. § <br> § <br> GOOGLE LLC § | CIVIL ACTION NO. 6:20-cv-575[ADA] |

## GOOGLE LLC'S NOTICE OF ATTORNEY APPEARANCE

Defendant Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Patrick C. Clutter of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: July 20, 2020

Respectfully submitted,

By */s/ Patrick C. Clutter*
Michael E. Jones
SBN: 10929400
Patrick C. Clutter
SBN: 24036374
POTTER MINTON, PC
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

ATTORNEYS FOR DEFENDANT
GOOGLE LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 20, 2020, I electronically filed this document with the Clerk of Court via the Court's CM/ECF system which will send notification of such filing to all counsel of record, all of whom have consented to electronic service in this action.

*/s/ Patrick C. Clutter*