IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | CIVIL ACTION 6:20-CV-00575-ADA<br>CIVIL ACTION 6:20-CV-00577-ADA<br>CIVIL ACTION 6:20-CV-00580-ADA<br>CIVIL ACTION 6:20-CV-00585-ADA |
| Plaintiff, | § § | |
| v. | § § | PATENT CASE |
| GOOGLE LLC, | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## RESPONSE OPPOSING DEFENDANT'S MOTION FOR ORAL HEARING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS

WSOU recognizes that this Court has discretion whether to conduct a hearing, and respectfully submits that Google's motion for oral hearing on its motions to dismiss in the above-captioned cases should be denied. WSOU does not believe an oral hearing is necessary to clarify any issues implicated by Google's motions to dismiss.

Dated: April 22, 2021

Respectfully submitted,

*/s/ Ryan S. Loveless*
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JeffH@EtheridgeLaw.com

Mark D. Siegmund
Texas State Bar No. 24117055
LAW FIRM OF WALT FAIR, PLLC
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 722-6400
Facsimile: (254) 722-6432
mark@waltfairpllc.com

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via email in accordance with the Federal Rules of Civil Procedure on April 22, 2021.

*/s/ Ryan S. Loveless*
Ryan S. Loveless