**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,** | § § § § | |
| *Plaintiff*, | § § | Civil Case No. 6:20-cv-00575-ADA |
| v. | § § | **JURY TRIAL DEMANDED** |
| **GOOGLE LLC** | § § | |
| *Defendant*. | § § § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos" or "Plaintiff") and Defendant Google, LLC ("Google") hereby stipulate and agree and jointly file this stipulation:

1. Plaintiff consents to dismissal with prejudice of all claims against Google that it raised or could have raised in this suit related to the patent-in-suit;

2. Google consents to dismissal without prejudice of all defenses that it raised or could have raised in this suit.

3. Each party will bear its own attorneys' fees and costs.

Because this stipulation is agreed and jointly filed, no Court order is required.

Dated: February 24, 2022

Respectfully submitted,

/s/ Mark D. Siegmund
Mark D. Siegmund
State Bar No. 24117055
Gregory P. Love
State Bar No. 24013060
**STECKLER WAYNE CHERRY & LOVE,
PLLC**
8416 Old McGregor Road
Waco, Texas   76712
Telephone:  (254) 651-3690
Facsimile:   (254) 651-3689
mark@swclaw.com
greg@swclaw.com

**ATTORNEYS FOR WSOU
INVESTMENTS, LLC, d/b/a BRAZOS
LICENSING AND DEVELOPMENT**

/s/ Tharan Gregory Lanier
Tharan Gregory Lanier (*pro hac vice*)
**Jones Day**
1755 Embarcadero Road
Palo Alto, California, 94303
+1 (650) 739-3939
+1 (650) 739-3900 facsimile
tglanier@jonesday.com

Michael E. Jones (Texas Bar No. 10929400)
Patrick C. Clutter (Texas Bar No. 24036374)
**Potter Minton, P.C.**
110 North College, Suite 500
Tyler, Texas, 75702
+1 (903) 597-8311
+1 (903) 593-0846 facsimile
mikejones@potterminton.com
patrickclutter@potterminton.com

Sasha Mayergoyz
**Jones Day**
77 W. Wacker Drive
Chicago, IL 60601
+1 (312) 782-3939
smayergoyz@jonesday.com

Tracy A. Stitt
Edwin O. Garcia
**Jones Day**
51 Louisiana Avenue NW
Washington, DC 20001
+1 (202) 879-3641
tastitt@jonesday.com
edwingarcia@jonesday.com

*Attorneys for Defendant Google LLC*